## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                 No. 4:22CR00319 LPR

BRUCE McARTHUR SMITH, aka "ROCK",
KEVIN LANGEL, aka "CALVIN", and
LARRY ROGERS                                              DEFENDANTS

SYLVESTER SMITH                                           RESPONDENT

### MOTION FOR RECONSIDERATION OR ALTERNATIVELY A STAY

Comes Now, Sylvester Smith, respectfully moves the Court to reconsider its contempt finding or alternatively to stay enforcement pending appeal and states:

1)   For the reasons in the attached brief the Court should reconsider and set aside its criminal contempt ruling issued upon the Respondent or stay enforcement of it pending appeal.

DATED this 12th day of May, 2025

Respectfully submitted,

By: /s/Sylvester Smith
    ABN2013146
    The Firm, PLLC
    4137 JFK BLVD, STE D
    North Little Rock, AR 72116
    (501) 429-4885 phone
    (501) 429-4886 fax
    ssmith@thefirmpllc.net

1