## AFFIDAVIT

State of Arkansas       )
)ss.
County of Pulaski       )

I, Sylvester Smith, III. an adult citizen and resident of Pulaski County, Arkansas, do state on oath, after first having been sworn that:

1. I am competent to make this sworn statement.

2. I am the Respondent in this matter. The Court knows me as Sylvester Smith, but my full name is Sylvester Smith III. The distinction is important because my father, Sylvester Smith, Jr., also filed an affidavit.

3. The practice of law is something I take very seriously. I am especially concerned about always showing appropriate respect for the Judges and their staff that I deal with. Beyond that, I make great effort to come across as friendly and respectful when in the presence of a jury. I believe the whole "television lawyer" approach of naming calling and voice raising turns of juries here in Arkansas. Also, that is simply not who I am.

4. The issue before the Court is my use of the phrase "pin him down like a greasy little piglet" in the instant trial. On cross examination of the witness I was referencing he did a good job of evading my questions. I grew up in Camden Arkansas. We used to have "greased pig" contests at our livestock shows in which piglets were greased up and chased by children. The kid who pinned the pig down the longest won a prize. The saying "pin him down like a greasy little pig" is one we use a lot in rural Arkansas. That said, I did make an error in using it in Court. I do not believe it played well with the jury and I did not use it intentionally.

5. The night before the closing I was awoken at 2 a.m. My wife was screaming that

Exhibit A

there was a bat in our house.

6.      We have three children the youngest was eight months old at the time and we were scared the children could get rabies. I chased that bat till after 3 a.m. and then went looking for others.

7.      I was exhausted the morning of the trial. I also have a serious case of ADHD. The lack of sleep compounded with my condition left me extremely compromised. I like to use metaphors when speaking to a jury and I was at loss of words when I got to the issue of the DEA agent's testimony. I just honestly used the wrong phrase.

8.      When the Court told me to apologize I did not push back. I did so immediately. I was then concerned that I may have offended some of the jurors so I thought it was appropriate to explain to them what the phrase meant to me. My concern at that moment was any effect the comment could have had on my client. I then apologized a few more times to the Court and the jury. I was very contrite, because I did not want to offend anyone and did attempt to comply with the Courts directive.

9.      The Court asked me to explain myself and I did. However, the Court found me in contempt. At the time it was not clear that I was being held in criminal contempt. Since, I did not receive what I felt like was proper notice or a hearing where I could call witnesses, I thought it would be civil contempt.

10.      I am the first and only attorney in my family. I am the product of a long line of mentors that I will not mention here, because I do not want to further sully their reputations. I am also the third in line of men named Sylvester Smith who have had good professional reputations. My conduct, good or bad, reflects on all those who have raised and guided me in life.

11.      Being found in criminal contempt is something I take very seriously. I am deeply

concerned about how this Order will affect me, my career and my family legacy. I truly had no intent to offend anyone. I also tried to comply with the Court's directive and apologized several times in my closing. I also made a personal apology to the agent I made the comment about.

12.     I have worked hard to maintain good relationships with the law enforcement officers I deal with. That is important to me, because I seek to be seen as professional. It is also important, because I support law enforcement. None of us know when we may need to call them for assistance. So, I would never intentionally insult any officer.

13.     I also hope that I have typically been seen in this Court as being respectful. Frankly, the Court has been extremely fair and even handed with me and my clients. The Court has once before given me grace in a moment when it could have hammered me. So, I would never intentionally disobey the Court's order. I did attempt to apologize more than once. I remain sorry for the fact that I offended the Court.

14.   This statement is made from my personal knowledge and made under the pains of perjury.

_____
Sylvester Smith III

**SUBSCRIBED AND SWORN TO BEFORE ME** on the 12th day of May_____, 2026 to certify which witness my hand and official seal.

Trinity Kalea Caver
Notary Public

My commission expires:

11-09-2031

TRINITY KALEA CAVER
Notary Public-Arkansas
Pulaski County
My Commission Expires 11-09-2031
Commission # 12717448