## AFFIDAVIT

State of Arkansas )
)ss.
County of Ouachita )

I, Sylvester Smith, Jr. an adult citizen and resident of Ouachita County, Arkansas, do state on oath, after first having been sworn that:

1.      I am competent to make this sworn statement.

2.      I am the father of Sylvester Smith III. I worked in law enforcement for more than 30 years starting as a Louisiana State Trooper. Once I moved to Arkansas I worked as sheriff deputy and then served in the Drug Task Force. I concluded my career in law enforcement after serving many years as the Ouachita County Coroner.

3.      My son was raised to respect law enforcement. I am aware of the situation in which my son used the "greased pig" analogy in regard to a law enforcement officer in court. Here in Ouachita County that is a phrase that is commonly used when a person does not want to give the answer to a question you are looking for. You have to pin them down. I do not believe my son was trying to be disrespectful. Had he acted disrespectfully to a Judge or a law enforcement officer he would still have to deal with me. Although he is an adult, he is still my son. He carries my name and is a reflection of me. I would not tolerate that behavior and would not expect a judge to either.

4.      I also do not believe the statement was meant to be disrespectful because "pig" is not an insult used towards law enforcement in Arkansas. In all my years I never recall hearing that term as an insult toward a police officer.

5.      I do want to say that we used to have "greased pig" contests here at our fair.

Exhibit B

6.  This statement is made from my personal knowledge and made under the pains of `perjury.



Sylvester Smith, Jr.

**SUBSCRIBED AND SWORN TO BEFORE ME** on the ___||___ day of ___May___, 2026 to certify which witness my hand and official seal.

Notary Public

My commission expires:

5|2|2028

BRANDY C. KENDRICK
MY COMMISSION # 12365155
EXPIRES: May 2, 2028
Ouachita County