**AFFIDAVIT**

State of _Arkansas_ )
)ss.
County of _Ouachita_ )

I, David Norwood, an adult citizen and resident of Ouachita County, Arkansas, do state on oath, after first having been sworn that:

1.      I am competent to make this sworn statement.

2.      I am the Sheriff of Ouachita County, Arkansas. I have worked in law enforcement in Camden since the 1980's. I have been Sheriff since 2009.

3.      Sylvester Smith has been practicing law here for more than ten years. In that time I have had several experiences with him in Court. He has also been the defense attorney in a number of trials where my deputies were witnesses.

4.      Mr. Smith has always acted in a very respectful manner towards my officers, both in court and out of court. I have never seen him raise his voice or be disrespectful in any way when addressing any of my deputies.

5.      We all have a job to do, and Mr. Smith does his, but I consider him to be pro-law enforcement.

6.      I am aware that Mr. Smith used the phrase "tie him down like a greased pig" in court. Here in Ouachita County the "greased pig" contest was a big part of our local livestock shows.

7.      In a "greased pig" contest kids chase after a pig and the one who can hold him down long enough to grab the prize (usually $50 or $100) wins. The phrase "hold em down like a greased pig" is a common thing that is said in rural Arkansas.

Exhibit C

8.  This statement is made from my personal knowledge and made under the pains of `perjury.

_David Norwood_ (signature)

David Norwood

**SUBSCRIBED AND SWORN TO BEFORE ME** on the 11th day of _May_ , 2026 to certify which witness my hand and official seal.

_Dalton Orr_ (signature)

Notary Public

My commission expires:

8-31-2034

DALTON JAMES ORR
NOTARY PUBLIC - ARKANSAS
OUACHITA COUNTY
My Commission Expires 08-31-2034
Commission No. 00002806