## AFFIDAVIT

State of Arkansas      )
                            )ss.
County of Pulaski County  )

I, Lafayette Woods, Jr. an adult citizen and resident of Jefferson County, Arkansas, do state on oath, after first having been sworn that:

1.     I am competent to make this sworn statement.

2.     I am the Sheriff of Jefferson County, Arkansas. I was elected to my position in 2018 and took office in 2019. I have worked with the Jefferson County Sheriff's Office since 2004, which is when I began my career in law enforcement.

3.     I have known Sylvester Smith for many years. My. Smith has always acted in a respectful manner towards me and other law enforcement officers.

4.     Mr. Smith advised me that he had a slip of the tongue and used the old "greased pig" saying in reference to his cross examination of law enforcement officer. I am familiar with that saying and it is one that is used regularly in rural Arkansas.

5.     The saying is rooted in the tradition of "greasing up" pigs and having kids chase after the animals. The first child who pins the pig down wins the contest.

6.     I also want to state that I am familiar with the term "pig" being used as an insult towards law enforcement. However, I have only ever seen that used in popular culture. Never in my twenty years in law enforcement have I been called a "pig" as an insult. Nor am I familiar of that happing to any of my deputies.

7.     In my experience law enforcement officers, at least in Jefferson County, face all sorts of insults and hardship, but being called "pig" is not one of them.

Exhibit D

8. This statement is made from my personal knowledge and made under the pains of

`perjury.

_Lafayette W. Woods, Jr._
Lafayette Woods, Jr.

**SUBSCRIBED AND SWORN TO BEFORE ME** on the 11th day of
May_____, 2026 to certify which witness my hand and official seal.

_Christa Badgley_
Notary Public

My commission expires:

August 28, 2027



Christy Badgley
Jefferson County
Arkansas
Commission
No. 12702007
Expires
August 28, 2027
NOTARY PUBLIC